**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

JUL 10 2017

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| JOHN KARCZEWSKI, | No. 15-55893 |
| Plaintiff-Appellant, | D.C. No. 3:14-cv-02615-JAH-JLB |
| v. | |
| CONANT AUTO RETAIL, SAN DIEGO, INC., a California Corporation, | MEMORANDUM* |
| Defendant-Appellee. | |

Appeal from the United States District Court
for the Southern District of California
John A. Houston, District Judge, Presiding

Submitted February 6, 2017**
Pasadena, California

Before: GRABER, BYBEE, and CHRISTEN, Circuit Judges.

We vacate the district court's dismissal of this action, and we remand for reconsideration in light of Karczewski v. DCH Mission Valley, LLC, No. 15-55633.

**VACATED and REMANDED.** Costs on appeal awarded to Plaintiff.

---

* This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36-3.

** The panel unanimously concludes that this case is suitable for decision without oral argument. Fed. R. App. P. 34(a)(2).

*Karczewski v. Conant Auto Retail*, No. 15-55893

BYBEE, Circuit Judge, acquiescing *dubitante*:

I acquiesce *dubitante* for the reasons articulated in my separate opinion in

*Karczewski v. DCH Mission Valley, LLC*, No. 15-55633.